No. 72–5520. FROMMHAGEN *v.* HODGSON, SECRETARY OF LABOR. C. A. 9th Cir. Certiorari denied.

No. 72–5536. JANOSKO *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 72–5541. ALLISON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 72–5552. JONES *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 72–5553. MOORE *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 72–5557. ZWEIG *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 72–5558. WILSON *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 72–5561. JOHNSON *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 72–5562. MEDINA *v.* SMITH, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 72–5564. SMITH *v.* SALINE COUNTY DISTRICT COURT. Sup. Ct. Kan. Certiorari denied.

No. 72–5569. SCHNEIDER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 72–5570. TRIPP *v.* SLAYTON, PENITENTIARY SUPERINTENDENT. C. A. 4th Cir. Certiorari denied.

No. 72–5571. RUSSEK *v.* GOVERNOR OF MARYLAND ET AL. Ct. App. Md. Certiorari denied.

No. 72–5573. JOHNSON *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.